# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **ORLANDO CORDOVA** | CASE NO: **16-01368-MCF** |
| Debtor(s) | Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **02/25/2016**        First Meeting Date: **04/06/2016 at 10:00AM**

Days From Petition Date: **42**             341 Meeting Date: **04/06/2016 at 10:00AM**

910 Days Before Petition: **08/29/2013**    Confirmation Hearing Date: **05/13/2016 at 1:30PM**

Chapter 13 Plan Date: **02/25/2016** ☐ Amended    Plan Base: **$0.00**   Plan Docket #

This is Debtor(s) 1 Bankruptcy petition.    This is the 1 scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:    Total Paid In: **$0.00**

Check/MO# _____

Date: _____    Amount: $ _____

*APPEREANCES:   ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK       Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☒ Examined    ☐ Not Examined under Oath        ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present         ☐ None

Empresas Puertorriquenas de Desarrollo, Inc. - Lcda. Eldia Diaz- Olmo

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **JOSELYN M RAMIREZ***

Total Agreed: **$0.00**    Paid Pre-Petition: **$0.00**    Outstanding (Through the Plan): **$0.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☒ Above Median Income        Liquidation Value: $ TBD

Commitment Period is      ☐ 36 months    ☒ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ TBD

The Trustee:    ☐ NOT OBJECTS    ☐ OBJECTS    Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: June 14 2016 at 10:00 am

Comments: Case was filed incomplete, Trustee unable to review plan, schedules evidence of income prior the 341 meeting.

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]

---Trustee will schedule prior to the 341 meeting and IDI.

*OTHER COMMENTS / OBJECTIONS

Case filed 2/25/2016, Debtor testified he signed today 4/6/2016 the documents in the voluntary petition.
Debtor works as a employee of corporation the resales, Sears merchandise.

Dkt. 15 Motion to convert chapter 13 case to a case under chapter 7 for failure to meet Section 109 (e) eligibility requirements, has not been addressed by debtor

/s/ Jose R. Carrion, Esq.        Meeting Date: Apr 06, 2016
    Trustee

/s/ Juliel Perez, Esq., Presiding Officer

Last Docket Verified: 23   Last Claim Verified: 8